159 A.3d 884

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERTO FIGUEROA, DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003369–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 884

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TYREE CUSTIS (A/K/A TYREE CUSTICE, TYRIE CUSTIS, TYTEE CUSTIS, TYRE CUSTIS, TYREE COSTIS, AND TYRON MORMAN), DEFENDANT-PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000723–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.